In re:  
Rachel Marie Hirel  
    Debtor

Case No. 24-03254-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2  
Date Rcvd: Jan 28, 2025      Form ID: ntcnfhrg      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rachel Marie Hirel, 10 Jean Street, Wilkes Barre, PA 18702-7410 |
| 5676350 | + | Commonwealth Health, PO Box 637289, Cincinnati OH 45263-7289 |
| 5676351 | + | Corner Post FCU, PO Box 1172, Wilkes Barre PA 18703-1172 |
| 5676358 | + | Lehigh Valley Health Network, PO Box 981028, Boston MA 02298-1028 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5676346 | + | Email/PDF: bncnotices@becket-lee.com | Jan 28 2025 19:09:49 | American Express, PO Box 981537, El Paso TX 79998-1537 |
| 5684509 | | Email/PDF: bncnotices@becket-lee.com | Jan 28 2025 19:09:47 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5676349 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 28 2025 19:09:41 | CITICARDS CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 5681624 | + | Email/Text: BKRMailOps@weltman.com | Jan 28 2025 18:54:00 | CORNER POST FEDERAL CREDIT UNION, c/o Weltman, Weinberg & Reis Co LPA, 5990 West Creek Rd. Ste 200, Independence, OH 44131-2191 |
| 5676347 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 28 2025 19:09:37 | Capital One, PO Box 31293, Salt Lake City UT 84131-0293 |
| 5676348 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 28 2025 19:09:47 | Citicards CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 5676352 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 28 2025 18:58:03 | Credit One Bank, PO Box 98873, Las Vegas NV 89193-8873 |
| 5676353 | + | Email/Text: mrdiscen@discover.com | Jan 28 2025 18:54:00 | Discover, PO Box 30939, Salt Lake City UT 84130-0939 |
| 5677912 | | Email/Text: mrdiscen@discover.com | Jan 28 2025 18:54:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5676354 | ^ | MEBN | Jan 28 2025 18:50:39 | Geisinger, 100 North Academy Ave, Danville PA 17822-3941 |
| 5676355 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 28 2025 18:54:00 | Jefferson Capital Systems, 16 McLeland Road, Saint Cloud MN 56303 |
| 5676356 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 28 2025 19:09:36 | JPMCB Card Services, PO Box 15369, Wilmington DE 19850 |
| 5682950 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 28 2025 18:54:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5676357 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 28 2025 18:54:00 | Kohls, PO Box 3115, Milwaukee WI 53201-3115 |

| Recipient # | | Delivery Method | Date/Time | Recipient Info |
| --- | --- | --- | --- | --- |
| 5676359 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2025 19:09:47 | LVNV Funding, PO Box 1269, Greenville SC 29602-1269 |
| 5676360 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 28 2025 18:54:00 | Midland Credit Management Inc, 320 East Big Beaver Suite 300, Troy MI 48083-1271 |
| 5676361 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 28 2025 18:54:00 | PNC Bank, PO Box 5580, Cleveland, OH 44101 |
| 5682834 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 28 2025 18:54:00 | PNC Bank N.A., 3232 Newmark Drive, Miamisburg OH 45342 |
| 5683114 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 28 2025 18:54:00 | PNC Bank, NA., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5676362 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2025 19:09:47 | Portfolio Recovery Associates, 120 Corporate Blvd Suite 100, Norfolk, VA 23502 |
| 5676363 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 28 2025 19:09:39 | Synchrony Bank Amazon, PO Box 71737, Philadelphia PA 19176-1737 |
| 5676364 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 28 2025 19:09:50 | Synchrony Bank Sams Club, PO Box 71737, Philadelphia PA 19176-1737 |
| 5676365 | + | Email/Text: bncmail@w-legal.com | Jan 28 2025 18:54:00 | TD Bank USA, PO Box 673, Minneapolis MN 55440-0673 |

TOTAL: 23

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brent J Lemon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Fisher | on behalf of Debtor 1 Rachel Marie Hirel johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | | |
| --- | --- | --- |
| Rachel Marie Hirel,<br>aka Rachel Marie Molitoris, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:24−bk−03254−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**March 4, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: March 11, 2025<br><br>Time: 10:00 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 28, 2025 |

ntcnfhrg (08/21)