

17082-PAM-DE-039311552

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 5, 2025</u>, at <u>12:56</u> o'clock <u>PM MST</u>, <u>RACHEL MARIE HIREL</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>February 5, 2025</u>               By:     <u>/s/Orsolya K Lazar</u>

                                       Name:   <u>Orsolya K Lazar</u>

                                       Title:   <u>Executive Director</u>