# LOCAL BANKRUPTCY FORM 2016-2(c)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

RACHEL MARIE HIREL
AKA RACHEL MARIE MOLITORIS

                    **Debtor(s)**

:    **CHAPTER 13**
:
:    **CASE NO.** 5 - 24 -bk- 03254
:
:
:

## AMENDED  REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 plan and reimbursement of expenses. Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court order.  Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | | |
|---|---|---|
| **A.** Presumptively reasonable fees under L.B.R. 2016-2(c) | | |
| 1. Amount agreed to by debtor | $ | 5,000.00 |
| 2. Less amount paid to attorney prior to filing petition | $ | 0.00 |
| 3. Balance of compensation to be paid through plan distributions | $ | 5,000.00 |
| 4. Expenses advanced to be paid through plan distributions: (describe expense and amount)  Appraisal | $ | 475.00 |

| | |
|---|---|
| **B.** Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) | |
| 1. Retainer received | $ |
| 2. Compensation earned prepetition and paid to attorney prior to filing petition | $ |
| 3. Expenses reimbursed prepetition | $ |
| 4. Balance in retainer after deduction of prepetition compensation and expenses | $ |
| 5. Compensation and expenses to be approved by the Court and to be paid through plan distributions, less balance in client trust account | $ |

| | | |
|---|---|---|
| **C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $ | 5,475.00 |

Dated: _____2/10/2025_____

s/John Fisher, Esq.
Attorney for Debtor

# INVOICE

**FROM:**

JJ Mantione Appraisal & Realty Group, Inc.
389 Wyoming Ave.
Wyoming, PA 18644-1653

| Telephone Number: | (570) 613-9080 | Fax Number: | (570) 613-9081 |
|---|---|---|---|

| INVOICE NUMBER | |
|---|---|
| M1-7281 | |
| **DATES** | |
| Invoice Date: | 02/08/2025 |
| Due Date: | |

**TO:**

Rachel Hirel
c/o John Fisher, Esq
126 S Main St Pittston, PA  18640

E-Mail:
Telephone Number:         Fax Number:
Alternate Number:

| **REFERENCE** | |
|---|---|
| Internal Order #: | M1-7281 |
| Lender Case #: | |
| Client File #: | |
| FHA/VA Case #: | |
| Main File # on form: | M1-7281 |
| Other File # on form: | M1-7281 |
| Federal Tax ID: | |
| Employer ID: | |

## DESCRIPTION

| Lender: | Rachel Hirel | Client: | Rachel Hirel |
|---|---|---|---|
| Purchaser/Borrower: | Rachel Hirel | | |
| Property Address: | 10 Jean St | | |
| City: | Wilkes Barre | | |
| County: | Luzerne | State: PA | Zip: 18702 |
| Legal Description: | Deed book 3024 page 245576 | | |

## FEES — AMOUNT

| | AMOUNT |
|---|---|
| | 475.00 |
| **SUBTOTAL** | 475.00 |

## PAYMENTS — AMOUNT

| Check #: | 1782 | Date: | 02/08/2025 | Description: | Pd (1900) | 475.00 |
|---|---|---|---|---|---|---|
| Check #: | | Date: | | Description: | | |
| Check #: | | Date: | | Description: | | |

| | SUBTOTAL | 475 |
|---|---|---|
| | **TOTAL DUE** | $ 0.00 |

Form NIV5 — "TOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE